NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-183

STATE OF LOUISIANA

VERSUS

LIONEL PAUL MURRAY

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 5514-02
HONORABLE CHARLEY QUIENALTY, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of John D. Saunders, Oswald A. Decuir, and Glenn B. Gremillion, Judges.

AFFIRMED WITH INSTRUCTIONS.

Carla S. Sigler
Assistant District Attorney
P.O. Box 3206
Lake Charles, LA 70602-3206
(337) 437-3400
Counsel for Plaintiff/Appellee:
        State of Louisiana

Paula C. Marx
Louisiana Appellate Project
P. O. Box 80006
Lafayette, LA 70598-0006
(337) 991-9757
Counsel for: Defendant Appellant
Lionel Paul Murray

**Lionel Paul Murray**
**Allen Corr Center**
**3751 Lauderdale Woodward Yard.**
**Kinder, LA 70648-5908**